UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MULTIPLAN, INC., et al.,

     Plaintiffs,

v.                                   Case No. 8:17-mc-86-T-33JSS

STEVEN W. HOLLAND, et al.,

     Defendants.
_____/

**ORDER**

This matter comes before the Court upon consideration of Non-Party Coventry Health Care Workers Compensation, Inc.'s Objections, Motion and Incorporated Memorandum of Law to Quash Subpoena, and Motion for Protective Order (Doc. # 1), filed on July 24, 2017. In its Motion, Coventry indicates that it was served a subpoena by Steven W. Holland on July 7, 2017. (Id. at 2). The subpoena was issued from the United States District Court for the Southern District of Mississippi and seeks non-party discovery related to case number 1:14-cv-315-LG-RHW, which is currently pending in the Southern District of Mississippi. (Doc. # 1-3).

Coventry begins its Motion by "consent[ing] to [its] motion being decided by the Southern District of Mississippi (Case No.: 14-cv-315-LG-RHW), which is the issuing court . . .

. and the Court in which the underlying litigation is pending." (Doc. # 1 at 1-2). And Coventry explicitly requests that the Motion be transferred to the Southern District of Mississippi. (Id. at 2).

Federal Rule of Civil Procedure 45(f) states that, "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents . . . ." Because this Court did not issue the subpoena and Coventry consents to — indeed, requests — transfer of this Motion to the Southern District of Mississippi, the Court grants the Motion insofar as the Motion is transferred to the Southern District of Mississippi. The Court expresses no opinion on the underlying merits of the Motion.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Non-Party Coventry Health Care Workers Compensation, Inc.'s Objections, Motion and Incorporated Memorandum of Law to Quash Subpoena, and Motion for Protective Order (Doc. # 1) is **GRANTED** to the extent that the Motion is transferred to the Southern District of Mississippi.

(2) The Clerk is directed to **TRANSFER** this Motion to the United States District Court for the Southern District of Mississippi and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 24th day of July, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE